# United States District Court
## Violation Notice

CVB Location Code: MY10

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7072423 | K. Gadzinsk. | G5894 |

7072423

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 12/13/2017   825 Am | MTA 21801.1 |

Place of Offense
East Perimiter Rd and Leroy Ln
Joint Base Andrews MD, 20762

Offense Description: Factual Basis for Charge                HAZMAT
Driving veh. on hwy at Speed exceeding limit
35 mpH in a 25 mile an hour Zone
Laser # LF 02869

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Ellison | EBony | C |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 4BN5715 | MD | 2008 | Toyota Camery | | Silver |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 90 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ $120 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN 01/17/2018 13:3

I state that on December 13, 20 17 while exercising my duties as a law enforcement officer in the Joint Base Andrews District of Prince George County, I SrA Gadzinski while posted as Police 2 Alpha, was conducting speed enforcemen on East Perimiter and Leroy Ln when I observed a silver in color Toyota Camery going approximatley 37 mph. The Lidar, LF 02869 registered the speed initially at 37 mph coming towards us. Once the vehicle passed, the lidar registered the car at 40 mph in a 25 mph zone. Initiated a traffic stop and made contact with the driver, Ebony Ellison, informed individual of infraction and gave Citation. Individual was Compliant.

Witnessed by: Ssgt Storm, Patrick

The foregoing statement is based upon:

☒ my personal observation        my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/13/2017  [signature] Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 01/17/2018 13:3