FILED _____ ENTERED
_____ED _____ RECEIVED

MAR 1 4 2018

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

v.                        *

EBONY C. ELLISON     *     CASE NO. __707 2423__
**Defendant**

          * * * *         18-PO-961

## CONSENT TO STAY OF ENTRY OF JUDGMENT

☑     Pursuant to the provisions of Md. Crim. Proc. Art., § 6-220, as adopted and assimilated by the provisions of 18 United States Code, Section 13, I hereby consent to judgment in this case being stayed, to further proceedings being deferred, and to my being placed on probation subject to the terms and conditions set forth below in the Order of Probation. I understand that by consenting to and receiving a stay of entry of judgment in this case, I waive my right to appeal the judgment of guilt at any time.

☐     Pursuant to the provisions of 18 U.S.C. § 3607, I hereby consent to judgment in this case being stayed, to further proceedings being deferred, and to my being placed on probation subject to the terms and conditions set forth below in the Order of Probation.

_____      _____
Defendant                              Attorney for Defendant

### ORDER TO STAY ENTRY OF JUDGMENT AND ORDER OF PROBATION

The Court, upon finding Defendant guilty of violation of __Speedy MTA 21-804.1__
__MTA 21-801.1__ and with the express consent of the Defendant, hereby STAYS the entry of judgment and defers further proceedings in the above-captioned case.

The Court hereby places the Defendant on probation for a period of _____ months subject to standard conditions of probation as adopted by the United States District Court for the District of Maryland.
☐ Unsupervised     ☐ Supervised

The Court further imposes special conditions of probation as follows:

☐ Drug/alcohol evaluation, testing and treatment by Probation     ☑ Pay fine in the amount of $ __50.00__

☐ Psychological evaluation, testing and treatment by Probation     ☐ Pay restitution in the amount of $_____

☐ No consuming alcohol during probation     ☐ No moving violations during probation

☐ Community Service of _____ hours     ☑ Pay processing fee in the amount of **$30.00**

☐ Probation may be transferred         **Total Due: $** __80.00__

☐ Other _____

Upon violation of any condition of probation, the Court may enter a judgment of conviction and impose any further sentence as provided by law.

Date: __March 6, 2018__         _____
                                  **UNITED STATES MAGISTRATE JUDGE**

Consent to Stay of Entry of Judgment (Rev. 10/2007)