# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

Ebony Ellison
**Defendant**

\* \* \* \* \* \* \* \* \* \* \* \*

Citation No(s):

7072423

Docket No:

FILED — LOGGED — ENTERED — RECEIVED

MAR 14 2018

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| MTA 21 801.1 | | 45.00 | 5.00 | 30.00 |
| | | | | |
| | | | | |

TOTAL DUE: $ 80.00

---

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☑ **Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363**
   **(or you may pay online at www.cvb.uscourts.gov)**
☐ **Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201**

---

☐ Waive Initial Appearance     ☐ Continue to Obtain License

☐ Continue for Payment          ☐ Continue to Retain Attorney

☐ Set for Trial                 ☐ New Court Date: _____

☐ Dismissed by the Government        at: _____ a. m.

COMMENTS: Defendant requests PBJ _____

_____                    _____
Defendant's Signature              Assistant U.S. Attorney

_____                    6 March 2018
Attorney for Defendant             Date

*Original – Court*          *Yellow – Defendant*          *Pink – AUSA*

Plea Agreement (01/2013) Triple